ALLEN v. ROBERTS CONSTR. CO.

No. 358P00

Case below: 138 N.C. App. 557

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000. Motion by plaintiff to dismiss petition for discretionary review dismissed as moot 20 December 2000.

BRUGGEMAN v. MEDITRUST ACQUISITION CO.

No. 397P00

Case below: 138 N.C. App. 612

Motion by plaintiffs to dismiss the appeal for lack of substantial constitutional question allowed .20 December 2000. Petition by defendant (Meditrust Company, LLC.) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

BRYANT v. BRYANT

No. 444P00

Case below: 139 N.C. App. 615

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

CARPENTER v. BROOKS

No. 477P00

Case below: 139 N.C. App. 745

Petition by plaintiffs (Carpenter and Carson) for discretionary review pursuant to G.S. 7A-31 denied 20 December 2000.

DEMERY v. CONVERSE, INC.

No. 401P00

Case below: 138 N.C. App. 243
          130 N.C. App. 610

Petition by plaintiff to withdraw petition for discretionary review or petition for writ of certiorari allowed 7 December 2000.